IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. STEPHEN MCMULLEN, <br><br> Relator, <br><br> vs. <br><br> HCA HOLDINGS, INC., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:12-cv-502 <br> Judge Haynes <br><br> JURY DEMAND |

*[Handwritten annotation: ORDER. The motion is granted. The hearing is reset for February 20, 2014 at 2:30 p.m. /s/ [signature] USDJ 1-21-14]*

## DEFENDANTS' MOTION TO RE-SET HEARING

Defendants HCA Holdings, Inc., HCA Health Services of Tennessee, Inc., HTI Memorial Hospital Corporation, Parkridge Medical Center, Inc., Central Tennessee Hospital Corporation, Hendersonville Hospital Corporation, Centennial Surgery Center, LP, Summit Surgery Center, LP, and Surgery Center of Chattanooga, LP (collectively "Defendants") respectfully submit this unopposed Motion to Re-Set Hearing on Defendants' Motion to Dismiss.

On January 13, 2014, the Court set Defendants' Motion to Dismiss for hearing at 10:00 a.m. on February 12, 2014. Unfortunately, that date falls during a time period in which Defendants' lead counsel is scheduled to be out of town on work business, and therefore Defendants request this hearing be re-set. Relator's counsel has advised that there is no objection to re-setting the hearing.

Counsel for the Defendants and Relator have discussed alternative dates for the hearing. In the immediate time period after February 12, Defendants are available February 20-21, 2014 and February 24-28, 2014. Counsel for Relator has advised that any of those dates would be agreeable.

1