IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA EX REL STEPHEN MCMULLEN | ) ) ) | |
|---|---|---|
| Relator, | ) ) ) | Case No. 3:12-cv-0502 |
| v. | ) ) | Chief Judge Haynes |
| HCA HOLDINGS, INC. et al, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Relator's motion for voluntary dismissal without prejudice of all claims pending in this action. (Docket Entry No. 70). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator's claims are **DISMISSED without prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

This is the Final Order in this action.

ENTERED this the 10th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court